# NOTICE OF RIGHT TO JOIN CLASS ACTION

### Summary Notice[1]

TO: ANY CURRENT OR FORMER MEMBERSHIP ADVISORS OF EDGE FITNESS, LLC IN THE STATE OF CONNECTICUT FROM SEPTEMBER 15, 2014 TO THE PRESENT.

**THERE IS A LAWSUIT FOR UNPAID OVERTIME WAGES FOR MEMBERSHIP ADVISORS AT EDGE FITNESS AND YOU MAY BE ENTITLED TO MONEY**

*What is this lawsuit about?* There is a law suit claiming that Edge Fitness, LLC broke the law by not paying its Membership Advisors overtime when they worked over forty (40) hours per week.

*Why am I getting this?* You were identified as a person who worked as a Membership Advisor for Edge Fitness, LLC between September 15, 2014, and the present.

*What could I get?* If successful, all Membership Advisors from September 15, 2014, to the present could be entitled to back wages for **all overtime hours they worked** and other damages in this lawsuit.

*What is the law?* Federal law requires employers to pay employees time-and-a-half when they work over forty hours per week. Under some circumstances, even an employee that is "salaried"—which would usually make the employer exempt from paying them overtime—is entitled to overtime pay. An employer must meet certain requirements to make an employee "salaried" and avoid paying overtime.

*How do I learn more?* Learn more about this lawsuit by reading the enclosed Notice of Collective Action and Right to Participate or by clicking onto the website of the lawyers representing the servers - Hayber Law Firm, LLC: https://www.hayberlawfirm.com/employee-rights/pending-class-actions/edgemembershipadvisors-unpaid-wages-lawsuit

*How do I join?* To join, sign and submit the enclosed "Consent Form" by the deadline to opt-in to this suit: **September 21, 2018**.

---

[1] This is only a "summary notice." The full Notice is enclosed and explains the case in more detail.