## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| Melissa McArthur, individually and on behalf of other similarly situated individuals,<br>    Plaintiffs<br><br>V.<br><br>Edge Fitness, LLC.,<br>    Defendant | : : : : : : : : : : : | CIVIL ACTION NO.:<br>3:17-cv-01554-JAM<br><br><br><br><br><br>October 11, 2018 |
|---|---|---|

### NAMED PLAINTIFF'S UNOPPOSED MOTION TO APPROVE FAIR LABOR STANDARDS ACT AND RULE 23 CONNECTICUT WAGE ACT SETTLEMENT

Melissa McArthur ("Named Plaintiff") and Edge Fitness, LLC ("Edge Fitness" or "Defendant"), by and through their undersigned counsel, hereby files her motions to approve a proposed agreement ("Settlement Agreement") to resolve the Named Plaintiff's claims asserted in this lawsuit on his behalf and on behalf of a putative collective and under the Fair Labor Standards Act ("FLSA") and Class Action under Rule 23 and the Connecticut Wage Act ("CWA). The Settlement Agreement is attached to the accompanying memorandum of law as Ex. 1.

The Court should approve the Agreement because it is the result of arms' length negotiations, including a one-day private mediation before Joseph Garrison, a mediator experienced in wage and hour collective and class actions, followed by a settlement conference before Federal District Court Magistrate Judge Robert Spector. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute involving claims for unpaid overtime wages under the FLSA and CWA. Accordingly, the Parties respectfully request that this Court enter the proposed preliminary order and final order approving the settlement and dismissing the action with prejudice (Ex. C and D to the Settlement Agreement). The parties furthermore hereby consent to Magistrate Judge

1

Spector reviewing the approval of the respective preliminary and final orders referenced herein.

        Respectfully submitted,

        MELISSA McARTHUR, and others similarly situated,

        By Their Attorneys,

        */s/ Michael T. Petela*
        Michael Petela (ct28251)
        Deborah McKenna (ct17326)
        Hayber Law Firm, LLC
        221 Main Street, Suite 502
        Hartford, Connecticut 06106
        Telephone: (860) 522-8888
        mpetela@hayberlawfirm.com
        dmckenna@hayberlawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on October 11, 2018, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

    /s/ *Michael Petela*
    Michael Petela